No. 126, Misc. BATES *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 129, Misc. JORDAN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 131, Misc. PRESCIMONE *v.* WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 138, Misc. DeMARIOS *v.* SINCLAIR, SUPERINTENDENT, FLORIDA STATE PENITENTIARY. Supreme Court of Florida. Certiorari denied.

No. 140, Misc. BALLARD *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 141, Misc. THOMAS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 142, Misc. DOZIER *v.* TEXAS ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 144, Misc. BOSTICK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John J. Dwyer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 147, Misc. McDONALD *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 148, Misc. RAMOS ET AL. *v.* CALIFORNIA. Appellate Department of the Superior Court of California, County of Los Angeles. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Roger Arnebergh* and *Philip E. Grey* for respondent.